IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                          No. 21 CR 1721 KG

RANDAL WAYNE MELTON,

        Defendant.

## ORDER PERMITTING WITHDRAWAL

**THIS MATTER** comes before the Court on Counsel Pedro Pineda's Motion to Withdraw, the Court being fully advised of the circumstances finds the motion is well-taken and that Pedro Pineda be permitted to withdraw from counsel of record in this matter.

**IT IS THEREFORE ORDERED** Pedro Pineda be and hereby is removed as attorney of record in this matter, and new CJA counsel shall be appointed.

_____
U.S. DISTRICT JUDGE