IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                             Cr. No. 21-1721 KG

RANDAL WAYNE MELTON,

    Defendant.

## ORDER FOR EXPEDITED BRIEFING

Defendant Randal Wayne Melton filed a Motion for Relief from Custody on May 15, 2022 (Motion). (Doc. 54). Defendant seeks release from custody following the Court's Memorandum Opinion and Order granting his Motion to Suppress. (Doc. 53). The Court considers Defendant's Motion as an appeal of the pre-trial detention decision.

Given the change in circumstances and the liberty interest at stake, the Court finds that expedited briefing is appropriate. Accordingly, the Government's Response, if any, will be filed by 12:00pm, noon, on Friday, May 20, 2022.

IT IS SO ORDERED.

                                                                                 UNITED STATES DISTRICT JUDGE